IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV-02405-OES
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK

William W. Dunlap , Plaintiff,

v.

Colorado, the people of the State of, et al. ,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 9/02/04)

## A. PARTIES

1. William W. Dunlap, 129044, San Carlos Correctional Facility
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   P.O. Box 3, Pueblo, CO 81002

2. Colorado, the people of the State of, Et Al.
   (Name, title, and address of first defendant)
   105 E. Vermijo St., Colo. Sprgs., CO 80903
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:
   responded to a 911 call by Portia R. Ford

3. _____
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

4. _____
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 9/02/04)                                              2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    __X__  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _____  28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    the Case Betts vs. Brady And Color of Laws

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On April 27, 2001 at 1180 S. Chelton Rd., Apt # 821 a 911 call was made by Portia R. Ford. Officers Responded, and brought false charges against the defendant where the Plaintiff (Ex-wife) was not at the residence, and officers brutally beat the defendant (Mr. Dunlop) who was acting normally while handcuffed, and who did not resist. Officers caused serious injury to defendants head, back, and neck who is disabled. Defendant did not have any weapons or items on himself when in custody. Defendant's Rights are violated now by all officers over Law. Defendant seeks relief from officers Abuse of Power over law, And Abuse to the defendant (Mr. Dunlop). Officers Eric Reed, Kristen Buckley and ~~~~~~~ John Doe officers

(Rev. 9/02/04)                                3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: **Misrepresentation**

   Supporting Facts: (Mr. Dunlap)
   Defendant was deceived and provoked by paid Attorney's Extrinsic Fraud by Attorney's Taking money, and not in Court. Futhermore, Attorney's did not Advocate, defend, represent, collect facts, file motions, Communicate, have hearings, and do what Attorney's do. This started on 5/1/01 when Mr. Dunlap plead not guilty. This same case is still going and does not have resolution from All Attorney's who Contemplated, but did not do Anything; Except talk & dismiss themselfs. The discussions had nothing to do with the case And had negative outcomes, when the Attorney was home spending his paid fee, while I was in Court being Sent to Jail. All Private & Public defenders would work on the district Attorney's side. Mr. Dunlap could not get one to hear any facts of the case. Mr. Dunlap's Right to An Attorney was violated. There was a pattern of practice from Attorney's. Also right to a speedy trial & Effective assistance of Counsel was violated.

(Rev. 5/02/04)

2. Claim Two: <u>Double Jeopardy</u>

Supporting Facts:

Defendant (Mr. Dunlap) was sentenced illegally more than seven times on the same charge that was falsely brought. Defendent, plead not guilty, did not voluntarily waive any rights, And was coerced through intimidation, And physical force to a illegal sentence without a trial, And double Jeopardy over And over. On 8/7/03, 8/19/03, 10/22/03, 10/14/05, And several other dates that need discovery. Mr. Dunlap Right to a trial was violated, And Rights to the laws under the Constitution were violated. Defendant (Mr. Dunlp) was sentenced over & over like their were no laws and jailed for 276 Days total about during illegal sentences. Mr. Dunlop got bit by a snake and fell unconscious At C.J.C. On medical at one point & medical did not care, And Medical left Mr. Dunlop unconscious on the floor. Medical sent Mr. Dunlop to prison without even finding out if Mr. Dunlop was ok.

3. Claim Three: <u>Tampering with Witness's & Evidence</u>

Supporting Facts:

Defendant (Mr. Dunlap) did not get to call important witnesses in his defense, And in fact was denied Wittness's & Evidence. Patrick Smith Stoled evidence & lost it, that was vital to case 01CR1616. Patrick Smith was drinking & drunk while working on the case. He took money and did not provide service and did not call witness's & destroyed personal records purposelly. Also sabatoged the case. & was disbarred for being drunk. Evidence was not used by Ryan lower And he failed to call Witnesses & use evidence he was given, And would not act as a attorney for Mr. Dunlap. He decieved Mr. Dunlap by working with the District Attorney to prosecute, And sabatoged Mr. Dunlap case, witnesses, and Evidence. Mr. Dunlap had a false setting of defense. Mr. Dunlap right to witnesses & Evidence was violated.

4. Claim four: <u>Conflict of interest</u>
Supporting facts:

Private & Public Defender's in the State of Colorado are in Conflict of interest, and have been prejudiced by association. The District Attorney's law firm who Mr. Dunlap tried to hire is trying to Represent the State of Colorado in a previous filed lawsuit, Mr. Dunlap had to withdraw to prevent the federal Civil Court from violating Mr. Dunlap's rights. The name of the law firm is ~~Kenton Pimaud~~ Law firm. The Public Defender's office ~~told~~ Mr. Dunlap that they are in conflict of interest. Mr. Dunlap could not get counsel from the Public defender's office because the office would not let Mr. Dunlap have counsel, then later gave Mr. Dunlap counsel that did not Advocate, and that was a lie. This conflict of interest was a mere mal-practice everytime. Conflict of Behavior & Conduct of Counsel, Mr. Black beat up his client Mr. Dunlap & Mr. Dunlap was sent to Prison later.

5. Claim five: __lack of Jurisdiction__

Supporting facts:

Judge Pelican in Div 6 in Colorado Springs did not have jurisdiction during Appeals, and Complaints filed in Appeals Court, and Civil Court, while prosecuting the case 01CR1616, lack of Jurisdiction. The Appeals court failed to deliver a one timely filed appeal which was certified Mailed & Registered by the U.S. Post office. The deputy for the Appeals Court accepted delivery but it was never Recieved. The Appeals court fired the deputy and tried to say it was denied without reviewing the timely filed appeal. Mr. Dunlap right to Jurisdiction was violated.

6. Claim Six; <u>Discrimination & Abuse</u>
Supporting facts:

Defendant was discriminated against by counsel, Judge, and district Attorney prejudicing all Court results with their improper Conduct & Behavior, that is Abusing the Defendant (Mr. Dunlap). The following were all part of the discrimination while working the case against Mr. Dunlap.

James Dostal
Joe Orell
Patrick Smith
Mr. Block
Ryan Lower
Bridget Collins —
Judge Pelican
Public Defenders office
John Doe 1 at the Public Defenders office
John Doe 2 at the Public Defenders office
John Doe 3 at the Public Defenders office
Private Attorney John Doe 4

Defendant (Mr. Dunlap) is being Abused And it is Life threatening, by forcing Mr. Dunlap to take pills, improper medication, Stealing Personel income by charging excessive fees, Depriving rights, depriving Jobs by red flagging Mr. Dunlap, And not Allowing the defendant (Mr. Dunlap) Any rights under the Constitution.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _Colorado, the people of the State of; et al._

2. Docket number and court name: _05-CV-02405-OES_

3. Claims raised in prior lawsuit: _police Brutality, Discrimination_

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _Pending_

5. If the prior lawsuit was dismissed, when was it dismissed and why? _NA_

6. Result(s) of any appeal in the prior lawsuit: _Violation of Rights to Appeal_

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined? ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

   If yes, either attach copies or describe with specificity how you have exhausted administrative remedies. If no, briefly explain why not:

   _Attorney of Law is not a sufficient Remedy._
   _All Agencies_

(Rev. 9/02/04)                                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1) — A Protection Order with a injunction to stop from harrassing, provoking, intimidating, Abusing physically, Mentally, And Emotionally, And protect the rights of Mr. Dunlap.

2) — Money Relief in the Amount of 6,000,000.00 for discriminating, Abusing, lack of Jurisdiction, conflict of interest, Tampering with witnesses & Evidence, Double Jeopardy, misrepresentation And police brutality.

3) — Set Aside Judgement on Felony Mencing charge and All other charges falsely brought.

4) Order to Stop taking Pills. (Protection Order)

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on    4/12/06
                (Date)

William W. Dunlap
(Prisoner's Original Signature)

(Rev. 9/02/04)                                          8

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 04/03/2006 = Page   1
Account: 129044 DUNLAP, WILLIAM W                    SAN CARLOS SCCF/4LEFT
         To:From Dates   03/03/2006: 04/03/2006
================================================================================
Trans Date    Description              Deposits   Withdrawls    Balance      Loc
----------    ------------------------ ---------- ----------    -----------  ---
03/03/2006 BALANCE AS OF 03/03/2006                              -287.56
03/07/2006 1 4-RIGHT UNAS                  4.60                  -282.96  SA
03/13/2006 JPAY CREDIT                   150.00                  -132.96  SA
03/15/2006 Canteen Order #4301404                       2.42     -135.38  SA
03/23/2006 Canteen Order #4311708                      20.93     -156.31  SA
03/29/2006 Canteen Order #4324648                      19.04     -175.35  SA
03/31/2006 CHILD SUPPORT-04020368                      15.00     -190.35  SA
03/31/2006 RESTITUTION-01CR1616                        15.00     -205.35  SA
04/03/2006 BALANCE AS OF 04/03/2006                              -205.35
================================================================================
                       Total money order in hold:         0.00
                  Current balance as of 04/03/2006:    -205.35
                        **Reserved/Encumbered Monies:     0.00
                  Available money as of 04/03/2006:       4.91
```



## Certificate of Service

I hereby certify that a copy of the foregoing Prisoner's Complaint & Leave to Proceed was mailed to District Attorney (John Newsome) at 105 E. Vermijo St., on 4/12, 2006, and Clerk of the Court Alfred A. Arraj United States Courthouse at 901 19th Street, Room A105, Denver, CO 80294-3589.

William W. Dunlop
Plaintiff's Original Signature